UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

JERMAINE PATTEN,

        Plaintiff,        Case No. 2:22-cv-162

v.        Honorable Maarten Vermaat

ERICA HUSS, et al.,

        Defendants.
_____/

## **ORDER**

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983, which was dismissed on September 29, 2022, due to misjoinder and for failure to state a claim. (ECF Nos. 7, 8.) Due to a clerical error, on January 27, 2023, the Court entered an order staying the case and referring it to early mediation. (ECF No. 11.) Judgment has been entered. There are no claims to be mediated. Accordingly,

**IT IS ORDERED** that the January 27, 2023, order staying these proceeding (ECF No. 11) is **VACATED**.

Dated:   January 30, 2023           /s/ Phillip J. Green
                                                                PHILLIP J. GREEN
                                                                 United States Magistrate Judge